Fill in this information to identify the case:

Debtor name: **Total Fire Protection, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF SOUTH DAKOTA, SOUTHERN DIVISION**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders      12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express Customer Services<br>PO Box 981535<br>El Paso, TX 79998-1535 | Customer Service<br><br>(800) 528-4800 | | | | | $190,170.24 |
| Automatic Sprinkler, Corp.<br>5610 Wooded Valley Way<br>Flowery Branch, GA 30542-6106 | Customer Service<br><br>(678) 765-6260 | | | | | $247,000.00 |
| Cincinnati Insurance Companies<br>PO Box 145496<br>Cincinnati, OH 45250-5496 | Customer Service<br><br>(877) 242-2544 | | Contingent<br>Unliquidated<br>Disputed | | | $500.00 |
| Dodge Analytics<br>300 American Metro Blvd Ste 185<br>Hamilton, NJ 08619-2371 | Customer Service<br><br>(877) 784-9556 | | | | | $1,200.00 |
| Key Construction<br>741 W 2nd St N<br>Wichita, KS 67203-6004 | Office Manager<br><br>(316) 263-9515 | | Contingent<br>Unliquidated<br>Disputed | | | $119,486.90 |
| Marcy Construction Company<br>2246 Edgewood Ave S<br>Saint Louis Park, MN 55426-2823 | Customer Service<br><br>(763) 786-9800 | | Disputed | | | $10,000.00 |

Debtor **Total Fire Protection, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| School District of NewRichmond Wisconsin 701 E 11th St New Richmond, WI 54017-2399 | Office Manager (715) 243-7411 | | Disputed | | | $103,071.83 |
| The Rose of Waterloo. L.P. 16670 Franklin Trl SE Ste 240 Prior Lake, MN 55372-2927 | Office Manager (319) 232-6061 | | Disputed | | | $501,724.54 |
| Total Construction & Management 1615 S Campbell Trl Sioux Falls, SD 57106-3363 | Customer Service (712) 251-9816 | | | | | $303,500.00 |
| Tyco Fire Protection Products c/o Dal Inc. 300 E Madison Ave Clifton Heights, PA 19018-2622 | Office Manager (800) 862-6785 | | Disputed | | | $432,476.02 |
| Wirtjes Auto Repair & Sales 324 S Main Ave Brandon, SD 57005-1135 | Office Manager (605) 582-6936 | | | | | $1,183.36 |