UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

GENERAL ORDER TRANSFERRING AND ASSIGNING
BANKRUPTCY CASES AND RELATED ADVERSARY PROCEEDINGS

IT APPEARING the undersigned is retiring effective January 15, 2023; and for cause shown; now, therefore,

IT IS HEREBY ORDERED, effective at 12:01 a.m. (Central) on January 16, 2023, all pending bankruptcy cases and adversary proceedings in the District of South Dakota are transferred, as set forth on the attachment hereto, to the Honorable Laura L. Kulm Ask, United States Bankruptcy Judge for the District of South Dakota, and, as authorized by the Circuit Council for the Eighth Circuit Court of Appeals, to the Honorable Shon Hastings, United States Bankruptcy Judge for the District of North Dakota, and the Honorable Kesha L. Tanabe, United States Bankruptcy Judge for the District of Minnesota.

IT IS FURTHER ORDERED all bankruptcy cases and adversary proceedings filed in the District of South Dakota on or after 12:01 a.m. (Central) on January 16, 2023 shall be assigned to the Honorable Laura L. Kulm Ask, United States Bankruptcy Judge for the District of South Dakota, subject to any subsequent general or specific orders of recusal she may enter.

IT IS FURTHER ORDERED the venue of said transferred and assigned bankruptcy cases and adversary proceedings will remain unchanged, all pleadings in said transferred and assigned bankruptcy cases and adversary proceedings shall continue to be filed with the Bankruptcy Clerk for the District of South Dakota, and Shan Stroup, Scheduling Deputy Clerk, will coordinate the scheduling of all hearings, trials, and conferences in the transferred and assigned bankruptcy cases and adversary proceedings for Judge Kulm Ask, Judge Hastings, and Judge Tanabe.

IT IS FURTHER ORDERED the Bankruptcy Clerk shall docket a copy of this order in each pending bankruptcy case and adversary proceeding and serve any *pro se* party not receiving electronic notice.

Dated:  January 13, 2023.

BY THE COURT:

Charles L. Nail, Jr.
Chief Bankruptcy Judge

**Attachment**
General Order Dated January 13, 2023
United States Bankruptcy Court for the District of South Dakota
Page 1 of 8

### Chapter 7 Cases

The chapter 7 cases and any attendant adversary proceedings, including Adv. No. 22-1003, are transferred and assigned to the Hon. Laura L. Kulm Ask, except the following pending chapter 7 cases and any attendant adversary proceedings are transferred to the Hon. Shon Hastings and the Hon. Kesha L. Tanabe:

<u>Judge Hastings</u>

Michael J. Hagan, Bankr. No. 18-40004

H & I Grain of Hetland, Inc., Bankr. No. 18-40580

William E. Bitters, Bankr. No. 20-40150

Jerry R. Stephens and Kathleen M. Stephens, Bankr. No. 20-40338

Scott G. Javers and Pamela J. Javers, Bankr. No. 21-40030

John P. Lorang and Ashlee Y. Lorang, Bankr. No. 21-40338

Carlos M. Gonzales, Bankr. No. 22-40276

Tyler J. Bartscher, Bankr. No. 22-40278

Ryan M. Tramp, Bankr. No. 22-40312

<u>Judge Tanabe</u>

Paul F. Friske, Bankr. No. 19-10087

Kristina N. Myers, Bankr. No. 22-40175

John M. Boos, Jr., Bankr. No. 22-40237

Bonnie R. Carter, Bankr. No. 22-40277

Jeremy T. Broomfield, Bankr. No. 22-40301, and attendant Adv. No. 22-4003

Bradley A. King, Bankr. No. 22-40325

**Attachment**
General Order Dated January 13, 2023
United States Bankruptcy Court for the District of South Dakota
Page 2 of 8

### Chapter 11 Cases

The chapter 11 cases and any attendant adversary proceedings are transferred and assigned to the Hon. Laura L. Kulm Ask, except the following pending chapter 11 cases and any attendant adversary proceedings are transferred to the Hon. Kesha L. Tanabe:

Dennis R. Haarsma, Bankr. No. 20-40428

U Stop Pump & Wash, LLC, Bankr. No. 20-40448

Cody W. Kevan and Jennifer M. Kevan, Bankr. No. 21-40080

Duling Sons, Inc., Bankr. No. 21-30026

Total Fire Protection, Inc., Bankr. No. 22-40224

### Chapter 12 Cases

The chapter 12 cases and any attendant adversary proceedings are transferred and assigned to the Hon. Laura L. Kulm Ask, except the following pending chapter 12 cases and any attendant adversary proceedings are transferred to the Hon. Shon Hastings:

Wendell D. Falk, Bankr. No. 17-10103

Donald J. Cotton, Bankr. No. 18-40015

Scott C. Biskeborn and Jenna E. Biskeborn, Bankr. No. 18-40018

Armon F. Zens, Bankr. No. 18-10009

Rex C. Flint, Bankr. No. 18-40244

Joseph M. Redder, Bankr. No. 18-40484

Gregory G. Plamp and Sheryl A. Plamp, Bankr. No. 18-40546

Terry D. Leonhardt and Cindy K. Leonhardt, Bankr. No. 19-10046

Edgar Farm, Inc., Bankr. No. 19-30016

Brandon M. Peterson and Rebecca L. Peterson, Bankr. No. 19-40499

Enger Farms, GP, Bankr. No. 19-40538

Christopher J. Koerner, Bankr. No. 19-40576

**Attachment**
General Order Dated January 13, 2023
United States Bankruptcy Court for the District of South Dakota
Page 3 of 8

Darwin R. Ryken, Bankr. No. 20-40043

Jack J. Weber, Bankr. No. 20-40051

James R. Swanson, Bankr. No. 20-40173

William L. Rydbom, Bankr. No. 20-40215

Douglas D. Cronin and Denise Ann H. Cronin, Bankr. No. 20-40363

John S. Ivarsen and Shannon M. Ivarsen, Bankr. No. 20-40378

Adam L. Bye, Bankr. No. 20-40383

Scott S. Syverson and Sheila D. Syverson, Bankr. No. 20-10075

Jamason C. Larson and Charley A. Larson, Bankr. No. 20-10080

Jason C. Orthaus and Jill A. Orthaus, Bankr. No. 20-10081

Michael E. Barnes, Bankr. No. 20-30023

Mark L. Puterbaugh, Bankr. No. 20-40477

Ambur Grain and Cattle Co., Bankr. No. 21-30011

Mark A. Todd and Kendra D. Todd, Bankr. No. 21-30015

Wendy A. Becking, Bankr. No. 22-10002

Brandon J. Hagen and Calee J. Hagen, Bankr. No. 22-10010, and attendant Adv. No. 22-1002

Megan J. Leddy, Bankr. No. 22-40036

Ronnie L. Reimer, Bankr. No. 22-40320

Keith R. Anderson, Bankr. No. 22-40327

**Attachment**
General Order Dated January 13, 2023
United States Bankruptcy Court for the District of South Dakota
Page 4 of 8

### Chapter 13 Cases

The chapter 13 cases and any attendant adversary proceedings are transferred and assigned to the Hon. Laura L. Kulm Ask, except the following pending chapter 13 cases and any attendant adversary proceedings are transferred to the Hon. Shon Hastings and the Hon. Kesha L. Tanabe:

<u>Judge Hastings</u>

Jerry J. Stangeland and Jolene K. Stangeland, Bankr. No. 16-40256

Lynette F. Hofer, Bankr. No. 16-40384

Lisa J. O'Neal, Bankr. No. 16-40478

Jason A. Pullan and Dannielle J. Pullan, Bankr. No. 17-10040

Marcy A. Surat, Bankr. No. 17-40388

Nancy S. Claussen, Bankr. No. 18-40010

Tracy A. Gordon, Bankr. No. 18-40026

James D. Hueners and Sarah L. Hueners, Bankr. No. 18-40104

Timothy P. Kuehler and Megan A. Kuehler, Bankr. No. 18-40110

Dennis J. Galbavy, Bankr. No. 18-40142

Matthew R. Stoecker, Bankr. No. 18-40152

Michael P. Quinlivan, Bankr. No. 18-40174

Kelly J. Schmeling, Bankr. No. 18-40274

Rudolph J. Hoffmann, Jr., Bankr. No. 18-40308

Steve A. Erickson, Bankr. No. 18-40442

Tracy L. Peters, Bankr. No. 18-40468

Scott C. Rose and April Y. Rose, Bankr. No. 18-40528

Lori A. Atkins, Bankr. No. 19-40012

Kent A. Huizenga, Bankr. No. 19-40102

Troy L. Pulse, Bankr. No. 19-40136

Ryan W. Jones and Amanda R. Jones, Bankr. No. 19-40248

**Attachment**
General Order Dated January 13, 2023
United States Bankruptcy Court for the District of South Dakota
Page 5 of 8

Jason W. Palmer and Jill A. Palmer, Bankr. No. 19-10056

Kimberly A. Hove, Bankr. No. 19-40312

Bruce P. Carlson and Donna J. Carlson, Bankr. No. 19-40418

Xuandao T. Nguyen and Dung Pham, Bankr. No. 19-40436

Shawna L. Swier, Bankr. No. 19-40438

Merissa J. Dominguez, Bankr. No. 19-40504

Lori R. Reynolds-Rezac, Bankr. No. 20-40030

Donald J. Norgaard and Amanda M. Norgaard, Bankr. No. 20-40052

Wade M. Harrington and Lacey N. Harrington, Bankr. No. 20-40054

Terry A. East, Bankr. No. 20-40078

Austin M. Larson, Bankr. No. 20-40240

Cole W. Thompson and Kianna R. Thompson, Bankr. No. 20-40252

Stuart R. Carson and Marcy M. Carson, Bankr. No. 20-40290

Steven M. Kaufmann and Debra K. Kaufmann, Bankr. No. 20-40334

Rebecca J. Grace, Bankr. No. 20-40408

Michael E. King and Chaya M. King, Bankr. No. 21-40054

Amanda L. Sprecher, Bankr. No. 21-40144

Charles A. Gregerson and Megan K. Gregerson, Bankr. No. 21-40148

Thomas E. Schmidt, Jr., Bankr. No. 22-40010

Randy D. Ragatz and Vanessa M. Ragatz, Bankr. No. 22-40020

Brian K. Knopf, Bankr. No. 22-40076

Margaret A. Stanton, Bankr. No. 22-40128

David A. Zitterich, Bankr. No. 22-40234

Trey M. Cook, Bankr. No. 22-40246

Alan J. Schmidt, Bankr. No. 22-40302

Vernon I. Voigt, Bankr. No. 22-30018

**Attachment**
General Order Dated January 13, 2023
United States Bankruptcy Court for the District of South Dakota
Page 6 of 8

Matthew Kleinsasser, Bankr. No. 22-40326

Kenneth L. MacConnell and Theresa C. MacConnell, Bankr. No. 22-10068

Julia F. Luther, Bankr. No. 22-40340

Kari J. Willmott, Bankr. No. 22-40348

<u>Judge Tanabe</u>

Clayton R. Hatle, Jr. and Faith C. Hatle, Bankr. No. 16-40509

John W. Mathis, Bankr. No. 16-40531

James L. Rheault and Cindy L. Rheault, Bankr. No. 17-40063

Charles J. Burkard, Bankr. No. 17-40445

Jason D. Hollatz and Stacy L. Lindner, Bankr. No. 17-10111

James L. Hulscher, Bankr. No. 17-40539

Weston J. Thompson, Bankr. No. 17-40569

Delwin L. Johnson and Kari J. Johnson, Bankr. No. 18-40219

Kevin J. Winter, Bankr. No. 18-40227

Patrick A. Bollweg, Bankr. No. 18-40479

Gregory S. Hanisch and Samantha D. Hanisch, Bankr. No. 18-40563

Allen E. Peratt, Sr. and Teresa L. Peratt, Bankr. No. 18-40571

Mary K. Schaefers, Bankr. No. 18-40597

Gerald L. Larson, Bankr. No. 19-40191

Jimmy D. Grimmius and Treasa E. Grimmius, Bankr. No. 19-40235

David M. Holmquist and Michelle L. Holmquist, Bankr. No. 19-40251

Jody L. Miller, Bankr. No. 19-40285

Joseph A. Fette and Nicole L. Fette, Bankr. No. 19-40331

Robert J. Kulhavy, Bankr. No. 19-40403

Wendy A. Riswold, Bankr. No. 19-40501

Arthur D. Lorenzini and Michelle R. Lorenzini, Bankr. No. 19-40529

**Attachment**
General Order Dated January 13, 2023
United States Bankruptcy Court for the District of South Dakota
Page 7 of 8

Lisa L. Jankowski, Bankr. No. 19-40535

Stacy M. Jelen, Bankr. No. 20-40007

Nicole L. Miller, Bankr. No. 20-40009

Jammie J. Koepp, Bankr. No. 20-40023

LeRoy W. Lyons, Bankr. No. 20-40105

Jeremy R. Shanks and Chandra B. Shanks, Bankr. No. 20-40177

Cameron M. Gundrum and Lynette K. Gundrum, Bankr. No. 20-40193

Aaron D. McKnight and April Dawn W. McKnight, Bankr. No. 20-30013

Corrine L. Dahl, Bankr. No. 20-10049

William A. Watson, Bankr. No. 20-40309

Rhonda K. Koepp, Bankr. No. 20-40381

Keanon R. Petit, Bankr. No. 20-40473

James A. Deibert and Brenda J. Deibert, Bankr. No. 21-40023

Michael D. Venenga and Natasha M. Venenga, Bankr. No. 21-40029

Traci L. Schaubert, Bankr. No. 21-40083

Linda R. Hofer, Bankr. No. 21-10029

Keith J. Jerke and Bonnie L. Jerke, Bankr. No. 21-40197

Brett A. Stanley, Bankr. No. 21-40221

Robert L. Trautman and Lora K. Trautman, Bankr. No. 21-40231

Douglas W. Olson, Bankr. No. 21-40263

Kenneth J. Oleson and Bonita L. Oleson, Bankr. No. 21-40279

Kasey O. Hanson and Santena M. Hanson, Bankr. No. 21-40323

Gary J. Goeller, Bankr. No. 21-40375

Curtis D. Hilzendeger and Constance M. Hilzendeger, Bankr. No. 22-10007

Jodi B. Panning, Bankr. No. 22-40029

Makayla J. Jones, Bankr. No. 22-10009

**Attachment**
General Order Dated January 13, 2023
United States Bankruptcy Court for the District of South Dakota
Page 8 of 8

David S. Kleinsasser, Bankr. No. 22-40127

Nicholas D. Deibert, Bankr. No. 22-40133

Michael D. Seivert, Bankr. No. 22-40191

Howard G. Willoughby and Maria G. Willoughby, Bankr. No. 22-40311

Adam C. Blundell, Bankr. No. 22-40315

Richard K. Roy, Bankr. No. 22-40319

Clinton C. Alumbaugh and Geli F. Alumbaugh, Bankr. No. 22-30019

Kimberly A. Steineke, Bankr. No. 23-40003

**Attachment**
General Order Dated January 13, 2023
United States Bankruptcy Court for the District of South Dakota
Page 9 of 8