UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

GENERAL ORDER TRANSFERRING AND ASSIGNING
BANKRUPTCY CASES AND RELATED ADVERSARY PROCEEDINGS
FROM JUDGE KESHA L. TANABE TO JUDGE SHON HASTINGS

IT IS HEREBY ORDERED all pending bankruptcy cases and related adversary proceedings in the District of South Dakota currently assigned to the undersigned are reassigned, as authorized by the Circuit Council for the Eighth Circuit Court of Appeals, to the Honorable Shon Hastings, United States Bankruptcy Judge for the District of North Dakota, except for the cases of Duling Sons, Inc. (Bankr. No. 21-30026) and Jeremy Thomas Broomfield (Bankr. No. 22-40301) and their related adversary proceedings.

IT IS FURTHER ORDERED the venue of said cases and adversary proceedings will remain unchanged, all pleadings in said cases and adversary proceedings shall continue to be filed with the Bankruptcy Clerk for the District of South Dakota, and Shan Stroup, Scheduling Deputy Clerk, will continue to coordinate the scheduling of all hearings, trials, and conferences for Judge Hastings in said cases and adversary proceedings.

Dated: September 13, 2024.

BY THE COURT:

*/e/Kesha L. Tanabe*
Kesha L. Tanabe
United States Bankruptcy Judge